IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
AUG 18 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 06-30112-DRH |
| v. ) | |
| ) | |
| TROY E. STAFFORD, ) | Title 18 |
| ) | United States Code |
| Defendant. ) | Section 871 |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

### MAKING A THREAT AGAINST THE PRESIDENT

From on or about January 1, 2006 to March 7, 2006, both dates being approximate, in Randolph County, within the Southern District of Illinois,

**TROY STAFFORD,**

defendant herein, did knowingly and willfully deposit for conveyance in the mail a letter containing a threat to take the life of and to inflict bodily harm upon the President of the United States, to-wit: " If you were to find a bullet waiting for you once you looked out of the white house how would that feel while you were looking out your window. Do you know what Nitrometheane, Tovex, cannon fuses, a few barrels, a spool of shock tube and Ammonium Nitrate Fertilizer will do. . . . Well do you Mr-President. Well Id say not till its used on you or yours. This is your first and last warning from

me and the National Socialist Movement of Freedom. So bombs away you're a coward bastard.",

all in violation of Title 18, United States Code, Section 871.

**A TRUE BILL**

_____
FOREPERSON

_____
JENNIFER HUDSON
Assistant United States Attorney

_____
RANDY G. MASSEY
Acting United States Attorney

Recommended Bond: Detention