IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No. 06-CR-30112-DRH |
| | ) |
| **TROY E. STAFFORD** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Motion of Defendant to have his custody transferred from IDOC - Menard Correctional Center, Chester, Illinois to a contract jail facility in this District. (Doc. 14.) The Court **GRANTS** the Motion (Doc. 14). The United States Marshal's Service for this District is directed to take up the physical custody of this Defendant and to place him in a suitable contract jail facility accessible to his Public Defender.

**IT IS SO ORDERED.**

Signed this 23rd day of October, 2006.

/s/       David   RHerndon
**United States District Judge**