IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**TROY E. STAFFORD,**

    **Defendant.**                                             **Case No. 06-CR-30112-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

      Now before the Court is the United States of America's motion for discovery (Doc. 29). Specifically, the Government requests discovery from Defendant regarding his Diminished Capacity pursuant to the Sentencing Guidelines Manual Section 5K2.13. Said motion is **GRANTED**. The Court **ORDERS** Defendant to provide the Government the information he has to date regarding his Diminished Capacity. Further, the Court **ORDERS** Defendant to provide to the Government any additional information that he receives as to this issue.

      **IT IS SO ORDERED.**

      Signed this 19th day of April, 2007.

                                                  /s/       David  RHerndon
                                               **United States District Judge**